UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HALEIGH DARSONVAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCHWAN'S CONSUMER BRANDS, INC., ) <br> ) <br> Defendant. ) <br> ) | No. 4:20-CV-01018-NAB |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Nannette A. Baker to District Judge Matthew T. Schelp.

August 18, 2020  
Date

*Gregory J. Linhares*  
Clerk of Court

By: /s/ Melanie Berg  
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:20-CV-01018-MTS**