UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HALEIGH DARSONVAL, individually and on behalf of all other similarly situated Missouri citizens, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 4:20-cv-01018-MTS |
| v. | ) ) ) | |
| SCHWAN'S CONSUMER BRANDS, INC., | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), Plaintiff Haleigh Darsonval hereby voluntarily dismisses this action without prejudice.  Defendant has not filed an answer or a motion for summary judgment in this matter.

Dated: August 19, 2020                              Respectfully Submitted,

By:   */s/ Matthew H. Armstrong*
Matthew H. Armstrong (MO 42803)
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd. No. 109
St. Louis MO 631444
Tel:   314-258-0212
Email: matt@mattarmstronglaw.com

*Attorneys for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

                                        */s/ Matthew H. Armstrong*
                                        Matthew H. Armstrong